UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

KELLY RIMARACHIN,

Plaintiff,

-against-

VTECHPROSOLUTIONS WIRELESS INC. d/b/a VTechProSolutions Wireless, and SOOKDEO SIMBHUDAT, individually,

Defendants.

1:26-cv-2692-MKV

ORDER VACATING CLERK'S CERTIFICATE OF DEFAULT

MARY KAY VYSKOCIL, United States District Judge:

On November 10, 2026, this Court issued an order directing Plaintiff to show cause why the Clerk's Certificate of Default, [ECF No. 18], should not be vacated now that Defendants are represented by counsel and have waived service. [ECF No. 24]. Plaintiff's counsel timely responded, indicating that Plaintiff does not oppose vacating the Clerk's Certificate of Default. [ECF No. 25].

Accordingly, it is hereby ORDERED that the Clerk's Certificate of Default [ECF No. 18], is VACATED.

**SO ORDERED.**

**Date: November 25, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge